UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsd.uscourts.gov

In re:

MASTERS III, LLC

               Debtor.         /

Case No. 23-14750-MAM
Chapter 11(V)

**EMERGENCY MOTION TO APPROVE USE OF CASH COLLATERAL**
<u>Expedited Hearing Requested</u>

**Exigency**

**Debtor requests an emergency hearing, for relief on a preliminary basis, as Debtor requires use of cash and is unable to operate in the absence of Court Order if a secured interest exists. Debtor requires the use of cash collateral imminently to maintain regular business operations. Debtor's counsel respectfully requests a hearing of 10 minutes in duration by June 23, 2023.**

COMES NOW, DEBTOR, **Masters III LLC ("Masters III"),** by and through its undersigned Counsel, and files this Emergency Motion to Approve Use of Cash Collateral pursuant to 11 U.S.C. § 363 and as grounds therefor states as follows:

### BACKGROUND

1.    The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 19, 2023.

2.    The Debtor operates a series of tanning salons. Debtor owns a wholly owned subsidiary entity named "Haley Ryan LLC" ("Haley Ryan")

3.    Debtor banks at Wells Fargo Bank, and the DIP accounts will be established at Wells Fargo. in accounts in the name of Debtor and Haley Ryan. Debtor has no accounts receivable[1].

4.    Wells Fargo Bank is not a creditor of the Debtor. No creditor has perfected a lien interest in the Debtor's bank accounts by placing their name on the Debtor's account or obtaining control over the Debtor's bank accounts.

---

[1] Debtor depicts receivables on its balance sheet from "Lash Spa" and "Buyer FTL" but they are uncollectible

5.   Creditor, U.S. Small Business Administration("SBA"), may claim a secured lien interest in, *inter alia*, the Debtor's cash and accounts receivable by virtue of the filing of a UCC-1 on June 29, 2020 and another on August 8, 2020, identifying Haley Ryan LLC as the creditor relative to a loan of $150,000. SBA is owed approximately $173,000.00 on that loan. The SBA loaned the debtor $425,000 on July 9, 2021 indicating that it was modifying the Haley Ryan loan , but did not file a corresponding, or recognizable, UCC-1[2].

6.   Creditor, Wellen Capital LLC ("Wellen"), may claim a secured lien interest in, *inter alia*, the Debtor's cash and accounts receivable by virtue of the filing of a UCC-1 on May 14, 2020. Wellen is owed approximately $63,000 in connection with a small business loan executed by the Debtor in 2017 and under a stipulation for settlement dated October 21, 2021.

7.   Debtor disputes the existence of any security interest in its accounts beyond those listed herein, and by virtue of the aforedescribed facts, and while Debtor is unclear which, if any, creditor has a perfected first position secured lien interest in Debtor's cash and receivables, the Debtor believes that there are no cash or receivable interests that are constrained under §363.

8.   However, If valid, one or more of these security interests would cover all of the Debtor's rights, title and interest in the Debtor's accounts receivable and this would require the Debtor to adequately protect the creditors' interests. A debtor must obtain the secured party's consent and the Court's authorization to use cash collateral.

9.   The use of and access to these funds is essential to the Debtor's on-going business operations. Specifically, the Debtor requires immediate use of cash in order to purchase goods, pay vendors and pay staff. If relief is granted quickly after the filing date, the Debtor will be in a good position to continue business operations without any interruption in service.

**RELIEF REQUESTED**

10.   At hearing on this motion, Debtor will seek, at a minimum, interim relief:

---

[2] There is a UCC-1 filed October 14, 2021 in the name of CT Corporate System, as Representative, with no indication of the actual secured party.

- Approving the proposed budget attached hereto as Exhibit "A" on an interim basis for thirty (30) days following the hearing on this motion;

- Approving the expenditures of the Debtor from the date of the preliminary hearing through the final hearing on this Motion in conformance with the motion;

- Authorizing a variance of up to 10% for any budget item;

- Authorizing the Debtor to increase cost of goods and labor spending only to the extent necessary to fulfill customer needs not reasonably foreseeable at the time of preparation of the budget, if the increased expense is expected to results in a corresponding increase in revenue;

- Granting replacement liens on the Debtor's accounts receivable, in the same priority and extent as any creditor held a valid, perfected lien prior to the filing of this Chapter 11 case; and

- Granting the proposed order attached hereto as Exhibit "B."

11. PURSUANT TO BANKRUPTCY RULE 4001 AND LOCAL GUIDELINES, THIS MOTION DOES NOT SEEK TO BIND THE ESTATE WITH RESPECT TO THE VALIDITY, PERFECTION OR AMOUNT OF ANY CREDITORS' PRE-PETITION LIENS, CLAIMS OR DEBTS OR THE WAIVER OF CLAIMS WITHOUT FIRST GIVING PARTIES IN INTEREST AT LEAST 75 DAYS FROM THE ENTRY OF THE ORDER AND THE CREDITORS' COMMITTEE, IF FORMED, AT LEAST 60 DAYS FROM THE DATE OF ITS FORMATION TO INVESTIGATE SUCH MATTERS, AND, IF DIFFERENT THAN THESE TIME FRAMES, THE PERIOD OF TIME AFTER WHICH ANY CHALLENGE IS BARRED.

12. NO STIPULATION OR AGREED ORDER WILL BE BINDING ON ANY INTERESTED PARTY EXCEPT UPON NOTICE UNDER THE LOCAL RULE AND GUIDELINES FOR MOTIONS SEEKING AUTHORITY TO USE CASH COLLATERAL.

WHEREFORE, Debtor respectfully requests an Order from this Court authorizing the Debtor's use of and access to its cash collateral, and granting such other and further relief as the

Court deems just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local rule 2090-1(A).

I CERTIFY that a true copy of this Motion was served on June 19, 2023 to the parties in the manner indicated below, in addition to service by CMECF.

> LAW OFFICES OF JULIANNE FRANK, P.A.
> Attorneys for Debtor
> 4495 Military Trail suite 107
> Jupiter, FL 33458
> (561) 389-8660
> julianne@jrfesq.com
>
> By:   /s/*julianne frank*
> JULIANNE FRANK, ESQ.
> Florida Bar No. 315745

## SERVICE LIST

**Notice provided by electronic and/or USPS mail to:**

Hector E. Lora, Esq.
Counsel for Wellen Capital LLC fka Gibraltar Capital Advance LLC
Fla. Bar No. 755842
**MAURICE WUTSCHER LLP**
1801 N.E. 123rd Street, Suite 314
North Miami, Florida, 33181
Email: HLora@MauriceWutscher.com

Wellen Capital LLC
600 West Jackson Blvd. Suite 750
Chicago, IL 60661

US SBA
2 North Street Suite 320
Birmingham, AL 35203

CT Corporation System Attn: SPRS
330 N Brand Blvd. Ste 700
Glendale, CA 91203

U.S. Small Business Administration
CESC - Covid EIDL Service Center
14925 Kingsport Rd., Fort Worth, TX 76155

Corporation Service Company
PO Box 2576
Springfield, IL 62708

IN ADDITION TO THE NOTICE PROVIDED PER THE SERVICE LIST ABOVE, ATTORNEY JULIANNE FRANK SHALL MAIL A COPY OF THIS MOTION IMMEDIATELY UPON RECEIPT OF THE NOTICE OF EMERGENCY HEARING TO ALL CREDITORS AND FILE A CERTIFICATE OF SERVICE.

MASTERS III CASH FLOW PROJECTIONS

**Aug-23**

|  | ELITE | DELRAY | PBG | WELLY | WPB |
|---|---|---|---|---|---|
| **OVER THE COUNTER** | $20,088.49 | $11,173.09 | $13,281.13 | $14,853.42 | $14,979.20 |
| **VIPS** | $11,690.18 | $7,225.57 | $5,532.21 | $10,932.87 | $6,967.76 |
| **POA** | $1,119.08 | $204.42 | $381.26 | $551.46 | $811.94 |
| **TOTAL** | $32,897.75 | $18,603.08 | $19,194.60 | $26,337.75 | $22,758.90 |
|  |  |  |  |  |  |
| **RENT** | $12,073.01 | $6,339.92 | $5,293.40 | $9,397.55 | $9,569.26 |
|  |  |  |  |  |  |
| **AC Maintenance** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **BED PARTS** | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| **BJS/AMAZON** | $150.00 | $75.00 | $75.00 | $150.00 | $150.00 |
| **MERCHANT FEES** | $700.00 | $500.00 | $500.00 | $700.00 | $500.00 |
| **COGS** | $1,000.00 | $750.00 | $750.00 | $1,000.00 | $1,000.00 |
| **COMCAST** | $117.41 | $116.81 | $116.81 | $116.81 | $117.41 |
| **FPL** | $3,100.00 | $2,100.00 | $2,300.00 | $2,500.00 | $2,500.00 |
| **INSURANCE** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **JOSH IT SUPPORT CLOUD** | $115.24 | $115.24 | $115.24 | $115.24 | $115.24 |
| **PAYROLL** | $8,992.00 | $4,761.00 | $5,421.00 | $7,293.00 | $5,943.00 |
| **PAYROLL TAX** | $2,500.00 | $1,500.00 | $1,500.00 | $1,800.00 | $1,500.00 |
| **PEST CONTROL** |  | $40.00 | $40.00 | $40.00 | $40.00 |
| **SALES TAX** | $383.29 | $222.76 | $297.57 | $294.49 | $282.84 |
| **SUNLYNC** | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| **WATER Bill** |  |  | $86.00 |  | $93.00 |
| **WINDOWS** | $25.00 | $12.00 | $17.00 | $17.00 | $28.00 |
| **TRASH** |  |  |  |  |  |
|  |  |  |  |  |  |
| **Monthly Income** | $32,897.75 | $18,603.08 | $19,194.60 | $26,337.75 | $22,758.90 |
| **Monthly Expenses** | $30,015.95 | $17,392.73 | $17,372.02 | $24,284.09 | $22,698.75 |
| **Remaining Income** | $2,881.80 | $1,210.35 | $1,822.58 | $2,053.66 | $60.15 |

MASTERS III CASH FLOW PROJECTIONS

**Jul-23**

| | ELITE | DELRAY | PBG | WELLY | WPB |
|---|---|---|---|---|---|
| **OVER THE COUNTER** | $23,088.49 | $14,173.09 | $14,281.13 | $16,853.42 | $16,979.20 |
| **VIPS** | $11,690.18 | $7,225.57 | $5,532.21 | $10,932.87 | $6,967.76 |
| **POA** | $1,119.08 | $204.42 | $381.26 | $551.46 | $811.94 |
| **TOTAL** | $35,897.75 | $21,603.08 | $20,194.60 | $28,337.75 | $24,758.90 |
| | | | | | |
| **RENT** | $12,073.01 | $6,339.92 | $5,293.40 | $9,397.55 | $9,569.26 |
| | | | | | |
| AC Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| BED PARTS | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| BJS/AMAZON | $150.00 | $75.00 | $75.00 | $150.00 | $150.00 |
| MERCHANT FEES | $700.00 | $500.00 | $500.00 | $700.00 | $500.00 |
| COGS | $1,000.00 | $750.00 | $750.00 | $1,000.00 | $1,000.00 |
| COMCAST | $117.41 | $116.81 | $116.81 | $116.81 | $117.41 |
| FPL | $3,100.00 | $2,100.00 | $2,300.00 | $2,500.00 | $2,500.00 |
| INSURANCE | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| JOSH IT SUPPORT CLOUD | $115.24 | $115.24 | $115.24 | $115.24 | $115.24 |
| PAYROLL | $8,992.00 | $4,761.00 | $5,421.00 | $7,293.00 | $5,943.00 |
| PAYROLL TAX | $3,000.00 | $1,500.00 | $1,500.00 | $2,600.00 | $1,500.00 |
| PEST CONTROL | | $40.00 | $40.00 | $40.00 | $40.00 |
| SALES TAX | $383.29 | $222.76 | $297.57 | $294.49 | $282.84 |
| SUNLYNC | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| WATER Bill | | | $86.00 | | $93.00 |
| WINDOWS | $25.00 | $12.00 | $17.00 | $17.00 | $28.00 |
| TRASH | | | | | |
| | | | | | |
| **Monthly Income** | $35,897.75 | $21,603.08 | $20,194.60 | $28,337.75 | $24,758.90 |
| **Monthly Expenses** | $30,515.95 | $17,392.73 | $17,372.02 | $25,084.09 | $22,698.75 |
| **Remaining Income** | $5,381.80 | $4,210.35 | $2,822.58 | $3,253.66 | $2,060.15 |

MASTERS III CASH FLOW PROJECTIONS
6/17/2023 to 6/30/2023

|  | ELITE | DELRAY | PBG | WELLY | WPB |
|---|---|---|---|---|---|
| **OVER THE COUNTER** | $11,088.49 | $7,173.09 | $7,281.13 | $8,853.42 | $7,979.20 |
| **VIPS** | $11,690.18 | $7,225.57 | $5,532.21 | $10,932.87 | $6,967.76 |
| **POA** | $1,119.08 | $204.42 | $381.26 | $551.46 | $811.94 |
| **TOTAL** | $23,897.75 | $14,603.08 | $13,194.60 | $20,337.75 | $15,758.90 |
| | | | | | |
| **RENT** | | | | | |
| | | | | | |
| **AC Maintenance** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **BED PARTS** | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| **BJS/AMAZON** | $150.00 | $75.00 | $75.00 | $150.00 | $150.00 |
| **MERCHANT FEES** | $700.00 | $500.00 | $500.00 | $700.00 | $500.00 |
| **COGS** | $1,000.00 | $750.00 | $750.00 | $1,000.00 | $1,000.00 |
| **COMCAST** | $117.41 | $116.81 | $116.81 | $116.81 | $117.41 |
| **FPL** | $3,100.00 | $2,100.00 | $2,300.00 | $2,500.00 | $2,500.00 |
| **INSURANCE** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **JOSH IT SUPPORT CLOUD** | $115.24 | $115.24 | $115.24 | $115.24 | $115.24 |
| **PAYROLL** | $8,992.00 | $4,761.00 | $5,421.00 | $7,293.00 | $5,943.00 |
| **PAYROLL TAX** | $2,000.00 | $1,500.00 | $1,200.00 | $1,600.00 | $1,500.00 |
| **PEST CONTROL** | | $40.00 | $40.00 | $40.00 | $40.00 |
| **SALES TAX** | $383.29 | $222.76 | $297.57 | $294.49 | $282.84 |
| **SUNLYNC** | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| **WATER Bill** | | | $86.00 | | $93.00 |
| **WINDOWS** | $25.00 | $12.00 | $17.00 | $17.00 | $28.00 |
| **TRASH** | | | | | |
| | | | | | |
| **Monthly Income** | $23,897.75 | $14,603.08 | $13,194.60 | $20,337.75 | $15,758.90 |
| **Monthly Expenses** | $17,442.94 | $11,052.81 | $11,778.62 | $14,686.54 | $13,129.49 |
| **Remaining Income** | $6,454.81 | $3,550.27 | $1,415.98 | $5,651.21 | $2,629.41 |

MASTERS III CASH FLOW PROJECTIONS

**Nov-23**

|  | ELITE | DELRAY | PBG | WELLY | WPB |
|---|---|---|---|---|---|
| **OVER THE COUNTER** | $27,588.49 | $13,583.09 | $17,881.13 | $17,953.42 | $15,579.20 |
| **VIPS** | $11,690.18 | $7,225.57 | $5,532.21 | $10,932.87 | $6,967.76 |
| **POA** | $1,119.08 | $204.42 | $381.26 | $551.46 | $811.94 |
| **TOTAL** | $40,397.75 | $21,013.08 | $23,794.60 | $29,437.75 | $23,358.90 |
|  |  |  |  |  |  |
| **RENT** | $12,073.01 | $6,339.92 | $5,293.40 | $9,397.55 | $9,569.26 |
|  |  |  |  |  |  |
| **AC Maintenance** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **BED PARTS** | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| **BJS/AMAZON** | $150.00 | $75.00 | $75.00 | $150.00 | $150.00 |
| **MERCHANT FEES** | $700.00 | $500.00 | $500.00 | $700.00 | $500.00 |
| **COGS** | $1,000.00 | $750.00 | $750.00 | $1,000.00 | $1,000.00 |
| **COMCAST** | $117.41 | $116.81 | $116.81 | $116.81 | $117.41 |
| **FPL** | $3,100.00 | $2,100.00 | $2,300.00 | $2,500.00 | $2,500.00 |
| **INSURANCE** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **JOSH IT SUPPORT CLOUD** | $115.24 | $115.24 | $115.24 | $115.24 | $115.24 |
| **PAYROLL** | $9,992.00 | $4,761.00 | $5,421.00 | $8,293.00 | $5,943.00 |
| **PAYROLL TAX** | $3,000.00 | $1,500.00 | $1,500.00 | $2,600.00 | $1,500.00 |
| **PEST CONTROL** |  | $40.00 | $40.00 | $40.00 | $40.00 |
| **SALES TAX** | $383.29 | $222.76 | $297.57 | $294.49 | $282.84 |
| **SUNLYNC** | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| **WATER Bill** |  |  | $86.00 |  | $93.00 |
| **WINDOWS** | $25.00 | $12.00 | $17.00 | $17.00 | $28.00 |
| **TRASH** |  |  |  |  |  |
|  |  |  |  |  |  |
| **Monthly Income** | $40,397.75 | $21,013.08 | $23,794.60 | $29,437.75 | $23,358.90 |
| **Monthly Expenses** | $31,515.95 | $17,392.73 | $17,372.02 | $26,084.09 | $22,698.75 |
| **Remaining Income** | $8,881.80 | $3,620.35 | $6,422.58 | $3,353.66 | $660.15 |

MASTERS III CASH FLOW PROJECTIONS

**Oct-23**

|  | ELITE | DELRAY | PBG | WELLY | WPB |
|---|---|---|---|---|---|
| **OVER THE COUNTER** | $28,088.49 | $13,573.09 | $16,581.13 | $18,953.42 | $15,979.20 |
| **VIPS** | $11,690.18 | $7,225.57 | $5,532.21 | $10,932.87 | $6,967.76 |
| **POA** | $1,119.08 | $204.42 | $381.26 | $551.46 | $811.94 |
| **TOTAL** | $40,897.75 | $21,003.08 | $22,494.60 | $30,437.75 | $23,758.90 |
|  |  |  |  |  |  |
| **RENT** | $12,073.01 | $6,339.92 | $5,293.40 | $9,397.55 | $9,569.26 |
|  |  |  |  |  |  |
| **AC Maintenance** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **BED PARTS** | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| **BJS/AMAZON** | $150.00 | $75.00 | $75.00 | $150.00 | $150.00 |
| **MERCHANT FEES** | $700.00 | $500.00 | $500.00 | $700.00 | $500.00 |
| **COGS** | $1,000.00 | $750.00 | $750.00 | $1,000.00 | $1,000.00 |
| **COMCAST** | $117.41 | $116.81 | $116.81 | $116.81 | $117.41 |
| **FPL** | $3,100.00 | $2,100.00 | $2,300.00 | $2,500.00 | $2,500.00 |
| **INSURANCE** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **JOSH IT SUPPORT CLOUD** | $115.24 | $115.24 | $115.24 | $115.24 | $115.24 |
| **PAYROLL** | $9,992.00 | $4,761.00 | $5,421.00 | $8,293.00 | $5,943.00 |
| **PAYROLL TAX** | $3,000.00 | $1,500.00 | $1,500.00 | $2,600.00 | $1,500.00 |
| **PEST CONTROL** |  | $40.00 | $40.00 | $40.00 | $40.00 |
| **SALES TAX** | $383.29 | $222.76 | $297.57 | $294.49 | $282.84 |
| **SUNLYNC** | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| **WATER Bill** |  |  | $86.00 |  | $93.00 |
| **WINDOWS** | $25.00 | $12.00 | $17.00 | $17.00 | $28.00 |
| **TRASH** |  |  |  |  |  |
|  |  |  |  |  |  |
| **Monthly Income** | $40,897.75 | $21,003.08 | $22,494.60 | $30,437.75 | $23,758.90 |
| **Monthly Expenses** | $31,515.95 | $17,392.73 | $17,372.02 | $26,084.09 | $22,698.75 |
| **Remaining Income** | $9,381.80 | $3,610.35 | $5,122.58 | $4,353.66 | $1,060.15 |

MASTERS III CASH FLOW PROJECTIONS

### Sep-23

|  | ELITE | DELRAY | PBG | WELLY | WPB |
|---|---|---|---|---|---|
| **OVER THE COUNTER** | $21,088.49 | $12,173.09 | $13,281.13 | $15,953.42 | $15,579.20 |
| **VIPS** | $11,690.18 | $7,225.57 | $5,532.21 | $10,932.87 | $6,967.76 |
| **POA** | $1,119.08 | $204.42 | $381.26 | $551.46 | $811.94 |
| **TOTAL** | $33,897.75 | $19,603.08 | $19,194.60 | $27,437.75 | $23,358.90 |
|  |  |  |  |  |  |
| **RENT** | $12,073.01 | $6,339.92 | $5,293.40 | $9,397.55 | $9,569.26 |
|  |  |  |  |  |  |
| **AC Maintenance** | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| **BED PARTS** | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| **BJS/AMAZON** | $150.00 | $75.00 | $75.00 | $150.00 | $150.00 |
| **MERCHANT FEES** | $700.00 | $500.00 | $500.00 | $700.00 | $500.00 |
| **COGS** | $1,000.00 | $750.00 | $750.00 | $1,000.00 | $1,000.00 |
| **COMCAST** | $117.41 | $116.81 | $116.81 | $116.81 | $117.41 |
| **FPL** | $3,100.00 | $2,100.00 | $2,300.00 | $2,500.00 | $2,500.00 |
| **INSURANCE** | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| **JOSH IT SUPPORT CLOUD** | $115.24 | $115.24 | $115.24 | $115.24 | $115.24 |
| **PAYROLL** | $8,992.00 | $4,761.00 | $5,421.00 | $7,293.00 | $5,943.00 |
| **PAYROLL TAX** | $3,000.00 | $1,500.00 | $1,500.00 | $2,600.00 | $1,500.00 |
| **PEST CONTROL** |  | $40.00 | $40.00 | $40.00 | $40.00 |
| **SALES TAX** | $383.29 | $222.76 | $297.57 | $294.49 | $282.84 |
| **SUNLYNC** | $160.00 | $160.00 | $160.00 | $160.00 | $160.00 |
| **WATER Bill** |  |  | $86.00 |  | $93.00 |
| **WINDOWS** | $25.00 | $12.00 | $17.00 | $17.00 | $28.00 |
| **TRASH** |  |  |  |  |  |
|  |  |  |  |  |  |
| **Monthly Income** | $33,897.75 | $19,603.08 | $19,194.60 | $27,437.75 | $23,358.90 |
| **Monthly Expenses** | $30,515.95 | $17,392.73 | $17,372.02 | $25,084.09 | $22,698.75 |
| **Remaining Income** | $3,381.80 | $2,210.35 | $1,822.58 | $2,353.66 | $660.15 |

**Exhibit "B"**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

                                                                                                                 Case No. 23-14750-MAM

MASTERS III, LLC                                                       Chapter 11(V)
     Debtor.                                /

**INTERIM ORDER ON DEBTOR'S EMERGENCY**
**MOTION TO APPROVE USE OF CASH COLLATERAL**

THIS CAUSE having come before the Court on the Debtor's Emergency Motion to Approve Use of Cash Collateral (E.C.F.# __) (the "Motion") on _____ at __(a.m,/p.m.), the Court having heard the arguments of counsel and reviewed the pleadings and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. Debtor's Motion to Approve Use of Cash Collateral [ECF# ] is hereby GRANTED.
2. The budget proposed by the Debtor as Exhibit "A" to the Debtor's Emergency Motion to Approve the Use of Cash Collateral is approved for thirty (30) days following entry of this Order.
3. Debtor may deviate by up to 10% on any budget item.

Page 3 of 2

4. Debtor is authorized to increase cost of goods and labor spending only to the extent necessary to fulfill orders not reasonably foreseeable at the time of preparation of the budget, if the increased expense is expected to results in a corresponding increase in revenue.

5. Secured creditors are granted replacement liens, in the same priority and extent as any creditor held a valid, perfected lien prior to the filing of this Chapter 11 case; subject to the secured creditor demonstrating the validity, perfection and priority of its pre-petition lien claim.

6. This Order does not bind the estate with respect to the validity, perfection, or amount of any creditor's pre-petition lien claim or debt.

7. A carveout from the budget for fees due the clerk of the court or the United States trustee pursuant to 28 U.S.C. §1930 is approved.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

**Submitted by:**

LAW OFFICES OF JULIANNE FRANK, P.A.
Attorneys for Debtor
4495 Military Trail suite 107
Jupiter, FL 33458
(561) 389-8660
julianne@jrfesq.com

By:   /s/*julianne frank*
JULIANNE FRANK, ESQ.
Florida Bar No. 315745

Julianne Frank, Esq. is hereby directed to forward a copy of this Order immediately upon receipt of same to all creditors and any parties of interest and file a certificate of service.

Page 4 of 2