UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsd.uscourts.gov

In re:

                       Case No. 23-14750-MAM

**MASTERS III, LLC**                Chapter 11(V)

     __**Debtor.**__   /

## EMERGENCY MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AGAINST WELLINGTON RESERVE LLC AND ITS LAW FIRM GLENN L WIDOM, P.A., INCLUDING REQUEST FOR SANCTIONS

### EXIGENCY

  Landlord may exerecise self help remedies and lock out Debtor from its premises. The eviction complaint deadline to respond is imminent.

  COMES NOW, Debtor, MASTERS III, LLC by and through its undersigned attorney, and file EMERGENCY MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AGAINST WELLINGTON RESERVE LLC AND ITS LAW FIRM GLENN L WIDOM, P.A. INCLUDING REQUEST FOR PUNITIVE SANCTIONS and in support thereof states:

1. This is an action seeking relief under 11 U.S.C.§362 and damages under 11 U.S.C.§362(k).

2. On June 19, 2023, the Debtor filed its petition and schedules for Chapter 11 bankruptcy relief.

2. The Debtor identified on Schedule E/F its relationship to Wellington Reserve. ("Landlord"). Landlord has collected rent from Debtor for over 10 years.

3. Debtor operates a retail tanning salon on the premises and it has valuable equipment there.

4. Despite Landlord's actual knowledge of the bankruptcy, it has filed and served on Debtor an eviction complaint.  In its complaint, the Landlord asserts unpaid rent.

6. Aside from filing the complaint which impinges on the value of Debtor's assets, and jeopardizes its relationship with the funding entity that is acquiring its assets, Landlord falsely alleges that it has given Debtor or anyone on Debtor's premises, at any time,  a three day notice as is required under Florida statutes Sec. 83.

4. On July 27th, Debtors counsel, the undersigned, reached out to landlord's counsel and offered an opportunity to cure. Given the short window to address eviction matters, counsel asked for a prompt response. No communication was received. See Exhibit A.

5. If  Landlord proceeds to evict Debtor, or to lock out Debtor, the value of the premises as an income producing component of Debtor's enterprises will have been severely compromised, including the likelihood that the acquiring entity will back out or reduce the price, therein reducing the dividend to creditors. As such, Debtor is severely prejudiced by this action.

7. The undersigned has expended a total of 3.5 hours reviewing the matter and the events, discussing this matter with Debtor, seeking to resolve this matter, and in preparing this motion.  It is anticipated that an additional one and a half hours will be required to attend a hearing and be  heard on this matter, for a time investment of 5 hours. The current hourly rate for the undersigned is $400 per hour. The total requested in compensatory damage is thereby $2000 pursuant to 11 U.S.C. §362(k)

WHEREFORE, Debtor respectfully requests this Court enter an order:

1) Determining WELLINGTON RESERVE LLC AND ITS LAW FIRM GLENN L

WIDOM, P.A., to have violated the automatic stay;

2) Determining that said parties had ample opportunity to cure or avoid the transgression and willfully failed to do so;

3) Determining that Debtor has been damaged in the sum of $2000 representing attorneys fees (plus costs to be determined);

4) Determining that WELLINGTON RESERVE LLC AND ITS LAW FIRM GLENN L WIDOM, P.A., should suffer sanctions so as to prevent prejudice to the Debtor.

5) For such further relief as this Court deems just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

JULIANNE FRANK P.A.
Attorney for Debtor MASTERS IIILLC
4495 Military Trail
Jupiter, Florida, Florida   33458
(561) 389-8660

By: */s/ Julianne R. Frank*
JULIANNE R. FRANK, ESQUIRE
Florida Bar No. 315745

## SERVICE LIST

**ATTORNEY JULIANNE FRANK SHALL MAIL A COPY OF THIS MOTION IMMEDIATELY UPON RECEIPT OF THE NOTICE OF HEARING ON ALL REQUIRED PARTIES AND FILE A CERTIFICATE OF SERVICE**

Email notice provided to:   Glenn Widom
Attorney for Wellington Reserve
696 NE 125th Street
North Miami, Florida 33161
gwidom@gwidomlaw.com

| | |
|---|---|
| **From:** | Julianne Frank |
| **To:** | gwidom@gwidomlaw.com |
| **Bcc:** | Stanley Olszewski; John Sarrett |
| **Subject:** | Stay violation Masters III LLC Chapter 11 #23-14750-MAM |
| **Date:** | Thursday, July 27, 2023 2:17:00 PM |

Good afternoon: I represent the entity that operates the tanning salon in your client's location in Wellington.

I am privy to the eviction complaint you filed for Wellington Reserve. I believe this is a stay violation as your client has accepted rent from the debtor for years and has acknowledged in the complaint its ostensible possessory interests, not to mention that the debtor assets are on the premises.

I am giving you an opportunity to stand down, at least until the Chapter 11 concludes, wherein your client is slated to be made whole. Given the time issues in your action, I will stand down until the close of business today before I file the sanctions motion.

Please call me if you wish to discuss this further.

**Julianne R. Frank, Esq**
*4495 Military Trail Suite 107*
*Jupiter, Florida 33458*
*561-389-8660*
*Juliannefranklaw.com*
*28 YEARS BOARD CERTIFIED: BUSINESS AND CONSUMER BANKRUPTCY LAW- AMERICAN BOARD OF CERTIFICATION*
Complex bankruptcy, international asset protection planning, financial distress counseling, business structuring and restructuring

This e-mail and any attachments are intended only for the named addressee(s). It is private and confidential, and may contain information that is proprietary, attorney work-product and/or attorney-client privileged. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited and actionable under applicable federal and state laws. If you have received this e-mail and any attachments in error, please immediately inform the sender via reply e-mail and then delete it and all attachments. Thank you.